AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| Hazel Colón Vázquez; and María del Mar Frederique Guzmán |  |
|---|---|
| *Plaintiff(s)* |  |
| v. | Civil Action No. 3:24-cv-01535-PAD |
| José Daniel Báez Pérez; Jorge Antonio Rodríguez González; Mercado Caribeño, L3C; Mariángel Gonzales; John Doe; A,B,C, Corporation |  |
| *Defendant(s)* |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jorge Antonio Rodríguez González

Brisas de San Juan 1663 Ave. Ponce de León Apartamento 302
San Juan, P.R., 00909

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Salvador M. Carrión Fonseca, Esq.
P.O. Box 10197, San Juan, P.R. 00908

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Ada I. García Rivera, Esq., CPA*
*CLERK OF COURT*

Date: 11/20/2024

*Viviana Díaz Mulero*
Digitally signed by Viviana Diaz Mulero
Date: 2024.11.20 11:00:18 -04'00'

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-01535-PAD

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                                              _____
                                                                                  *Server's signature*

                                                                   _____
                                                                                  *Printed name and title*

                                                                   _____
                                                                                  *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

Hazel Colón Vázquez; and María del Mar Frederique Guzmán

*Plaintiff(s)*

v.

José Daniel Báez Pérez; Jorge Antonio Rodríguez González; Mercado Caribeño, L3C; Mariángel Gonzales; John Doe; A,B,C, Corporation

*Defendant(s)*

Civil Action No. 3:24-cv-01535-PAD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* José Daniel Báez Pérez

215 West 116th Street, Apt. 5A
New York, New York, 10026

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Salvador M. Carrión Fonseca, Esq.
P.O. Box 10197, San Juan, P.R. 00908

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Ada I. García Rivera, Esq., CPA
CLERK OF COURT

Date: 11/20/2024

*Signature of Clerk or Deputy Clerk*

Digitally signed by Viviana Diaz Mulero
Date: 2024.11.20 11:00:31 -04'00'

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-01535-PAD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| Hazel Colón Vázquez; and María del Mar Frederique Guzmán <br><br> *Plaintiff(s)* <br> v. <br> José Daniel Báez Pérez; Jorge Antonio Rodríguez González; Mercado Caribeño, L3C; Mariángel Gonzales; John Doe; A,B,C, Corporation <br><br> *Defendant(s)* | Civil Action No. 3:24-cv-01535-PAD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mariángel Catalina Gonzales

60 Washington St. Suite 203
San Juan P.R. 00907

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Salvador M. Carrión Fonseca, Esq.
P.O. Box 10197, San Juan, P.R. 00908

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Ada I. García Rivera, Esq., CPA*
*CLERK OF COURT*

Date: 11/20/2024

Digitally signed by Viviana Diaz Mulero
Date: 2024.11.20 11:00:44 -04'00'

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-01535-PAD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| Hazel Colón Vázquez; and María del Mar Frederique Guzmán<br><br>*Plaintiff(s)*<br>v.<br>José Daniel Báez Pérez; Jorge Antonio Rodríguez González; Mercado Caribeño, L3C; Mariángel Gonzales; John Doe; A,B,C, Corporation<br><br>*Defendant(s)* | Civil Action No. 3:24-cv-01535-PAD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mercado Caribeño, L3C

1511 Ave. Juan Ponce de León, Parada 22
San Juan, P.R. 00909

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Salvador M. Carrión Fonseca, Esq.
P.O. Box 10197, San Juan, P.R. 00908

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Ada I. García Rivera, Esq., CPA*
*CLERK OF COURT*

Date: 11/20/2024

Digitally signed by Viviana Diaz Mulero
Date: 2024.11.20 11:00:57 -04'00'

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-01535-PAD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: